IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOE CLAREN TATE REED,<br><br>Defendant. | Case No. CR-21-78-BLG-SPW<br><br>**ORDER VACATING TRIAL** |

Upon the Defendant's Unopposed Motion to Vacate Trial (Doc. 44), for the reason that Defendant's whereabouts are currently unknown,

IT IS HEREBY ORDERED that the trial currently set for Monday, July 11, 2022, at 9:00 a.m., is **VACATED**. The trial in this matter will be reset upon Defendant's arrest. Any period of delay will be excluded from the speedy trial clock pursuant to U.S.C. § 3161(h)(3)(A).

The Clerk of Court is direct to notify counsel of the making of this Order.

DATED this 27th day of June, 2022.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1