IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOE CLAREN TATE REED,<br><br>Defendant. | CR  21-78-BLG-SPW-TJC<br><br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

The Defendant, by consent, appeared before me on July 28, 2022, under Fed. R. Crim. P. 11 for a change of plea hearing.  In his motion to change plea, Defendant sought to enter a plea of guilty to Count I in the Indictment, which charges the crime of burglary, in violation of 18 U.S.C. § 1153(b) and Mont. Code Ann. § 45-6-204(1).  At the change of plea hearing, however, Defendant stated in court that he did not wish to proceed and wished instead to proceed with trial.

Accordingly, IT IS RECOMMENDED that the Court DENY Defendant's motion to change his plea to guilty.

/ / /

/ / /

/ / /

1

NOTICE OF RIGHT TO OBJECT

Objections to these Findings and Recommendation are waived unless filed

and served within fourteen (14) days after the filing of these Findings and

Recommendation.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 28th day of July, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge