IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOE CLAREN TATE REED,<br><br>Defendant. | CR 21-78-BLG-SPW<br><br>ORDER |

Defendant appeared before U.S. Magistrate Judge Timothy J. Cavan in open court on July 28, 2022 for a change of plea hearing. At that hearing, the Defendant Joe Claren Tate Reed informed the Court that he did not wish to plead guilty. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on July 28, 2022 (Doc. 60) recommending that this Court deny Defendant's Motion to Change Plea (Doc. 52).

**IT IS HEREBY ORDERED** that Judge Cavan's Findings and Recommendations (Doc. 60) are ADOPTED IN FULL;

**IT IS FURTHER ORDERED** that Defendant's Motion to Change Plea (Doc. 52) is **DENIED** as moot.

**FURTHER**, Defendant filed a second Motion to Change Plea (Doc. 61) on August 9, 2022.   Therefore,

1

**IT IS FURTHER ORDERED** that a change of plea hearing is set for **Wednesday, August 24, 2022 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between August 9, 2022 and August 24, 2022 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 9th day of August, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE